UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMANDA COTTLE, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                                CASE NO. 3:19-cv-45-J-20MCR

PAPA MURPHY'S COMPANY STORES,
INC., a foreign corporation,

    Defendant.
_____/

## ORDER

This matter is before this Court on the parties "Notice of Settlement (Dkt. 42) and "Amended Notice of Settlement" (Dkt. 43). These pleadings indicates that the parties have settled this case, and they are preparing settlement documentation.

Accordingly, it is **ORDERED**:

1. This case is hereby **DISMISSED** without prejudice, but this Court retains jurisdiction over this matter for the next sixty days. However, any party may move this Court, within that sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 7̶ day of August, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Logan Andrew Pardell, Esq.
Michael J. Palitz, Esq.
Richard Bernard Celler, Esq.
Gregg I. Shavitz, Esq.
Edwin A. Harden, Esq.
Paula A. Barran, Esq.
Samuel Joseph Horowitz, Esq.