UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMANDA COTTLE, individually and on behalf
of all others similarly situated,
    Plaintiff,
v.                                           Case No. 3:19-cv-45-J-20MCR

PAPA MURPHY'S COMPANY STORES, INC.,
A foreign profit corporation,
    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before this Court on the parties' "Joint Motion for Approval of Settlement" (Dkt. 52). After a thorough review of the Motion and accompanying exhibits, this Court concludes the settlement is a fair and reasonable resolution to this bona fide dispute.

Accordingly, it is **ORDERED**:

1. The parties' "Joint Motion for Approval of Settlement" (Dkt. 52) is **GRANTED**; this Court approves the proposed Notice of Collective Action Settlement, attached as Exhibit A to the Agreement, and the proposed distribution method and it approves Rust Consulting as the Settlement Administrator;

2. This case is **DISMISSED with PREJUDICE**, with an award of Plaintiff's attorneys' fees and costs pursuant to the Agreement and an award $8,500.00 total in Service Awards to the Named Plaintiff and Opt-In Plaintiff Jamie Davis; and this Court retains jurisdiction to enforce the settlement; and

3. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of October, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Logan Andrew Pardell, Esq.
Michael J. Palitz, Esq.
Richard Bernard Celler, Esq.
Tamra Carsten Givens, Esq.
Gregg I. Shavitz, Esq.
Edwin A. Harden, Esq.
Paula A. Barran, Esq.
Samuel Joseph Horowitz, Esq.